UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAY 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABDUL ELBAZUROV,<br><br>  Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>  Respondent. | No. 25-3305<br><br>Agency No.<br>A246-083-863<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry No. 3) is granted.

The certified administrative record remains due July 2, 2025. The response to the motion for a stay of removal remains due July 23, 2025.

Briefing is stayed pending resolution of the motion for appointment of counsel. *See* 9th Cir. R. 27-11.